[Civil No. 4155. Filed June 17, 1940.]

[103 Pac. (2d) 668.]

ROBERT W. VAIL, GEORGE M. VAIL, THIRZA J. GARVEY and HARRIETT E. LEECH, Appellants, v. KENNETH S. SCOVILLE, Administrator De Bonis Non of the Estate of CARRIE VAIL, Deceased, Appellee.

Messrs. Conner & Jones, Mr. Tom K. Richey and Mr. Paul J. Cella, for Appellants.

Messrs. Moore & Romley, for Appellee.

PER CURIAM.—The facts and the principles of law applicable to this appeal are set forth and discussed in the case of *Scoville* v. *Vail Investment Co., ante,* p. 486, 103 Pac. (2d) 662.

For the reasons set forth therein, the judgment appealed from in the present case is affirmed.

ROSS, C. J., and LOCKWOOD and McALISTER, JJ., concur.